UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:18-cr-0035-RLY-MPB |
| | ) | |
| ORLANDO LOPEZ WEBBER (01), | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Matthew Brookman's Report and Recommendation dkt [63] recommending that Orlando Lopez Webber's supervised release be modified, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Brookman's Report and Recommendation dkt [63]. The Court finds that Mr. Webber committed Violation Number 1, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [51]. The Court now orders that the defendant's supervised release is therefore **MODIFIED** by adding two (2) conditions, numbered 27 and 28.

27. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

28. The defendant shall reside for a period of six months in a Residential Reentry Center (RRC) as directed by the probation officer and shall observe the rules and regulations of that facility to include undergoing a physical examination, mental health evaluation and treatment if deemed advisable, human immunodeficiency virus testing; and tuberculosis testing. The defendant shall contribute to the costs of these services unless the probation officer determines the defendant does not have the ability to do so. Co- payments shall be determined by the U. S. Probation Service in conjunction with the RRC director.

**IT IS SO ORDERED**.

Date: 2/2/2022

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal